

**EOD**
**12/05/2017**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| Carrie Ann Morris | § | Case No. 17-41879 |
| 2905 Provine Road | § | |
| McKinney, TX 75070 | § | |
| SSN / ITIN: xxx-xx-6273 | § | |
| fka Carrie Ann Owens | § | |
| | § | |
| | § | Chapter 11 |
| Debtor-in-possession | § | |

## AGREED ORDER GRANTING IN PART
## UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS

The court has considered the United States Trustee's Motion to Convert or Dismiss, ("the Motion"), and the Response and Objection of the Debtor thereto. Upon the agreement of the United States Trustee and the Debtor, the court is of the opinion that the Motion should be granted in part. Accordingly, it is hereby:

ORDERED that the Debtor achieve a sale of one or both of her real properties (identified in the Debtor's Schedule A as 2901 Provine Rd. and 2905 Provine Rd., McKinney, Texas) on or before **April 15th, 2018** ("Sale Deadline"),

ORDERED that the Sale Deadline may only be extended for good cause shown, by motion filed before the expiration of the original deadline.   It is further

ORDERED that the Sale Deadline is automatically extended so as to be coterminous with a hearing date on a timely filed motion to extend deadline, if such motion is actually filed. It is further

ORDERED that, upon the expiration of the original or extended Sale Deadline the Debtor will agree to the conversion of this case to Chapter 7, and will submit an agreed order with the United States Trustee to the court to that effect.

The court hereby acknowledges the stipulation and agreement of the Debtor and the United States Trustee incorporated into the terms of this Agreed Order that the Debtor shall not seek or accept the advice of her former husband Gary R. Morris with regard to the future conduct of this case.

So Ordered and Adjudged.                                Signed on 12/5/2017

                                                                         _Brenda T. Rhoades_     SR
                                                                         HONORABLE BRENDA T. RHOADES,
                                                                         UNITED STATES BANKRUPTCY JUDGE

Agreed to as to form and content:

_____
United States Trustee
By: Timothy W. O'Neal
Texas Bar 15283350
Assistant U.S. Trustee
110 N. College, Suite 300
Tyler, Texas 75702
(903) 590-1450; fax (903) 590-1461

_____ by permission
Robert T. DeMarco
Attorney for Debtor
Texas Bar 24014543
DeMarco-Mitchell, PLLC
1255 West 15th St., 805
Plano, TX 75075